JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

STEVEN S. WILLIAMS,

    Plaintiff,

v.

BRYAN PHILLIPS, ET AL.,

    Defendants.

Case No. 5:24-cv-01231-SSS-DFM

**JUDGMENT**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge **IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

DATED: December 11, 2024

_____
SUNSHINE S. SYKES
United States District Judge

-1-